No. 43330.—Protest 829115–G of W. X. Huber Co. (Los Angeles).

Opinion by EVANS, J. On the record presented merchandise invoiced as kernels or almonds was held dutiable at 3 cents per pound under paragraph 762 on the authority of Abstract 34104. Bean sauce was held dutiable at 35 percent under paragraph 775.

No. 43331.—Protest 15830–K of Edw. & John Burke, Ltd. (New York).

Opinion by EVANS, J. It was stipulated that the Amer Picon in question is similar to that the subject of *Burke* v. *United States* (3 Cust. Ct. —, C. D. 253). The claim at $2.50 per proof gallon under paragraph 802 and T. D. 48316 was therefore sustained.

No. 43332.—Protest 981213–G of American Cyanamid & Chemical Corp. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled

No. 43333.—Protest 13802–K of H. W. Robinson & Co. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

No. 43334.—Protest 13450–K of Chas. D. Stone & Co. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

No. 43335.—Protest 12797–K of H. A. Gogarty, Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

No. 43336.—Protests 9160–K, etc., of F. Rudloff (New York).

Opinion by KEEFE, J. On the record presented the protests were overruled.

No. 43337.—Protest 7314–K of Nathan Schweitzer Co., Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

No. 43338.—Protest 3388–K of Victor Cory Co. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

No. 43339.—Protest 7308–K of Leo Uhlfelder Co. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.